CURTIS-BLAISDELL COMPANY, Respondent, *v.* FRANCIS H. CHAPMAN, Appellant.

*Curtis-Blaisdell Co.* v. *Chapman,* 141 App. Div. 931, affirmed. (Argued November 25, 1913; decided December 9, 1913.)

APPEAL from a judgment entered January 4, 1911, upon an order of the Appellate Division of the Supreme Court in the first judicial department overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff upon the verdict directed at the Trial Term, in an action to recover rent.

*Clarence E. Thornall* for appellant.

*William C. Relyea* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J. Absent: WERNER, J.